**Order filed September 10, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00189-CV

_____

## GARY MILBURN, Appellant

## V.

## 10445 GREENS CROSSING LP D/B/A SUTTER RANCH APARTMENTS, Appellee

---

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1148611**

---

## O R D E R

Appellant's brief was due July 30, 2020. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 12, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.